IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSLYN GRIFFITH and JERRET CAIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONSUMER PORTFOLIO SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:10-cv-02697 <br><br> JUDGE:  JOHN F. GRADY |

NOTICE OF UNAVAILABILITY

NOTICE IS HEREBY GIVEN that the undersigned counsel, Benjamin J. Stone, will be unavailable from August 26, 2010 to September 7, 2010, inclusive.  Counsel is requested not to file or serve motions, pleadings or discovery during this time period.  Counsel is further requested not to schedule depositions, oral argument, or other matters requiring any response or attention by this office during this time period, and that all such matters be scheduled to permit sufficient preparation time after the absence.

DATED this 17th day of August, 2010.

                COZEN O'CONNOR


              By: */s/ Gregory D. Hopp*
                Gregory D. Hopp

COZEN O'CONNOR
333 West Wacker Drive
Suite 1900
Chicago, Illinois  60606
Telephone: 312.382.3100
Toll Free Phone: 877.992.6036
Facsimile: 312.382.8910

AND

By: */s/ Benjamin J. Stone*
　　　Benjamin J. Stone, *Pro Hac Vice*
　　　COZEN O'CONNOR
1201 Third Avenue
Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

Attorney for Defendants
CONSUMER PORTFOLIO SERVICES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith J. Keogh and Ainat Margalit
Keogh Law, Ltd.
101 N. Wacker, Dr., Ste. 605
Chicago, IL 60606

By: */s/ Marcella Stone*
    Marcella Stone, Legal Assistant to
    Benjamin J. Stone, *Pro Hac Vice*

SEATTLE\1014088\1  272710.000