IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSLYN GRIFFITH and JERRET CAIN, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:10-cv-02697 |
| CONSUMER PORTFOLIO SERVICES, INC., | ) JUDGE: JOHN F. GRADY |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT OF
DEFENDANT CONSUMER PORTFOLIO SERVICES, INC.**

NOW COMES the Defendant, Consumer Portfolio Services, Inc. ("CPS"), and for its Motion for Summary Judgment against Plaintiffs Roslyn Griffith and Jerret Cain, states as follows:

1. The Plaintiffs allege that CPS violated the federal Telephone Consumer Protection Act ("TCPA") by using an "automatic telephone dialing system" to call Plaintiffs' cell phones.

2. The TCPA defines an "automatic telephone dialing system" as "equipment which has the capacity to (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." 47 U.S.C. § 227(a)(1). This simple definition was intended to apply only to dialers used by telemarketers to call blocks of numbers randomly or sequentially.

3. In a 2003 Ruling, the Federal Communications Commission ("FCC") expanded the definition to include certain "predictive dialers" that could store or produce telephone numbers and dial those numbers randomly or sequentially.

4. The "Castel dialer" used by CPS to call customers who have fallen behind on their loan payments is not an "automatic telephone dialing system" for two principal reasons:

(a) The Castel dialer falls outside the statutory definition of "automatic telephone dialing system" because it lacks the capacity to store, produce, or dial telephone numbers using a random or sequential number generator; and

(b) The Castel dialer falls outside the FCC's definition of "automatic telephone dialing system" because it lacks the capacity to store or produce lists of telephone numbers and cannot call a list of numbers stored on the dialer randomly or sequentially.

5. In further support of its motion, CPS submits its Memorandum in Support of the Motion for Summary Judgment; Declaration of Benjamin J. Stone in Support of Defendant's Motion for Summary Judgment (with Exhibits A through G); Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; Declaration of Rita Clewell; Declaration of Brian Cutler (with Exhibits A and B); and Declaration of John Gallagher.

WHEREFORE, Defendant, Consumer Portfolio Services, Inc. prays that the Court enter Summary Judgment against Plaintiffs on their claims against CPS.

Respectfully submitted,

DEFENDANT CONSUMER PORTFOLIO SERVICES, INC.

By: */s/ Gregory D. Hopp*
    Gregory D. Hopp

COZEN O'CONNOR
333 West Wacker Drive
Suite 1900
Chicago, Illinois 60606
Telephone: 312.382.3100
Facsimile: 312.382.8910

AND

By: */s/ Benjamin J. Stone*
 Benjamin J. Stone, *Pro Hac Vice*
 Molly Siebert Eckman, *Pro Hac Vice*

COZEN O'CONNOR
1201 Third Avenue
Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783