IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSLYN GRIFFITH and JERRET CAIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CONSUMER PORTFOLIO SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:10-cv-02697 <br><br> JUDGE: JOHN F. GRADY |

## DECLARATION OF JOHN GALLAGHER

John Gallagher declares and states:

1. I am Vice President for Sales at Castel, Inc. I am over 18, competent to give testimony, and base this declaration on personal knowledge.

II. **BACKGROUND**

2. I have a master's degree in organizational management and have all the credits necessary for a master's degree in computer science. I am also a candidate for a Ph.D. in business administration with a specialization in information technologies and am a certified project manager for information systems.

3. In 1974, I formed Gallagher Associates, Inc., which developed software applications for companies in the paper industry. Between 1974 and 2000, Gallagher Associates, Inc., merged with different companies and expanded its business operations. In 2000, the name of the company was changed to Castel, Inc.

4. Since 2000, Castel has been in the business of computer solutions for call centers, focusing on companies in the collections, telesales, teleservice, and telemarketing industries. Castel offers dialing systems, in-bound call processing systems, and a number of useful software applications for call centers, including intelligent voice recognition, digital voice recognition, and intelligent messenger service software. Castel has over 100 installations throughout the

United States, Canada, Australia, and New Zealand. Through this experience and my extensive background in computer technologies, I have developed a deep knowledge of the dialing systems offered by Castel over the years. In my capacity as head of sales for Castel, I also monitor and track dialer technologies offered by competing companies, since that is important to maintaining Castel's market position.

### III. THE CASTEL DIALER

5.  Consumer Portfolio Services, Inc. ("CPS") is a Castel customer. Castel first installed dialers for CPS in January 2001 and, in December 2003, replaced those with the dialers CPS currently uses ("Castel dialer"). CPS has four offices – the headquarters in Irvine, California, and branch offices in Illinois, Virginia, and Florida – and each office has a Castel dialer. Since January 2001, when Castel installed the first dialer, I have worked closely with CPS, and have an in-depth understanding of the CPS computer system and how the software applications in that system interface with the hardware components and software applications in the Castel dialer.

6.  CPS maintains a network of computers. The servers for the network are in Irvine and employees in the other offices are able to access the data on the servers through a "wide area network" maintained by CPS. Information regarding CPS customers – their account numbers, contact information, loan terms, and payment history, among other things – is located in a part of the CPS main server known as the Collections System, in a file known as the Customer Information File. The customer account information in the Customer Information File is stored chronologically, based on the date of the loan. Each Castel dialer, which is housed in a metal box no bigger than two feet by two feet, is separate from the CPS servers, and must connect to the CPS network through an Ethernet cable. Each dialer is also connected to other hardware and software, including a "private branch exchange" and "T1" telephone lines, that send the calls made by the Castel dialer out so they can reach the CPS customers.

## IV. PREPARING FOR THE DIALING CAMPAIGN BY THE CPS NETWORK

7. The Castel dialer is used for what is known as "dialing campaigns." As discussed below, dialing campaigns are calls made by the dialer during a set period of the day, say from 9 to 11 a.m., to a certain set of pre-identified customers who are behind on their payments to CPS. The calls made by the Castel dialer are answered by certain CPS employees who have "signed on" to the campaign to receive calls made by the dialer.

8. As noted, the dialer does not call every customer who is behind on payments. Instead, CPS winnows down the pool of customers who can be called, and this process occurs in two phases. First, the night before a dialing campaign, the CPS Collections System runs an application that reviews the account information for every CPS customer in the Customer Information File. The application is programmed to search for customers who meet certain basic criteria that makes them eligible for a dialing campaign. This criteria is set by CPS. Thus, for example, CPS may determine that only customers who are less than 60 days in arrears will be called using the Castel dialer, and this application will search for those customers. When it locates those customers, the application copies the account numbers and certain customer telephone numbers[1] from the Customer Account File and places that data into a temporary "Dialer File" on the CPS network. Not all customers whose information is placed in the Dialer File will be called during the campaign. Instead, as discussed below, this number will be further narrowed the following day.

9. The next day, the day of the dialing campaign, a CPS employee in the Collections Department establishes more specific criteria for determining who will be called during the dialing campaign, which usually include amounts owed, the number of days late on a payment, and geographic location of the customer. The employee inputs this criteria into the CPS Collections System and also identifies the telephone number that will be called. Thus, the

---

[1] CPS can decide which telephone numbers can be called by the Castel dialer. Thus, they can decide that only home or work numbers are called, or that cell phones cannot be called, using the dialer.

3

employee might decide that Illinois customers who owe $500 or more and are 21 to 30 days behind on their payment will be called on their home number.

10. The Castel dialer has the capacity to call numbers on a "predictive" basis, which assists in maximizing the efficiency of the campaign. Using complex algorithms, software on the CPS server can time the calls made by the dialer to help ensure that a CPS collector who has "signed on" to the campaign is available to take the call. In other words, calls are not made too slowly so collectors are sitting around waiting for calls or too quickly so that collectors are overwhelmed with calls. The calls can also be timed so they are hung up if they are not answered within a certain period of time and can be hung up if an answering machine answers the call. While setting the criteria for the dialing campaign, the CPS employee can also set the parameters necessary for predictive dialing, such as the rate for making calls, the length of the calls, and the time that should pass before the call is disconnected if it is not answered.

11. Once this criteria is entered into the system, a software application in the CPS Collections System database reviews the data placed in the Dialer File the night before, searching for customers whose particular account information matches the campaign criteria. Using the example above, the application would seek Illinois customers who owe $500 or more and are 21 to 30 days behind on a payment. Once the application has identified these customers, it creates what is known as a "logical view" file containing only the account number and the telephone number for these customers. Again, using the example above, the system would use the home telephone numbers.

12. At the same time, the supervisor assigns certain CPS collectors to the campaign so they can answer calls. Those collectors then "sign on" to the campaign through the CPS Collections Software, which enables calls made by the dialer and connected to a customer to be routed to their phones.

V. **THE DIALING PROCESS BY THE CASTEL DIALER**

13. As mentioned, the Castel dialer is connected to the CPS system through an Ethernet cable. That connection serves as a kind of open connection, a "pipe" between the dialer

4

and the CPS computer system. Once the CPS employee responsible for the dialing campaign instructs the CPS computer system to begin the campaign, the Castel dialer reads the telephone numbers in the logical view file and calls the customer. The Castel dialer does not "dial" the number in the traditional sense, by creating tones like other phones that can be read by the telephone network operated by the telephone companies. Instead, it sends the number itself to the public exchange switch using what is known as ISDN commands that the number be called, which then sends the call to the intended recipient.

14. If the call is answered, the Castel dialer is able to determine that immediately by reading the record created by the phone company. If a person picks up the phone, the Castel dialer routes the call back to the CPS server, which then forwards the call to an available CPS collector. Simultaneously, the CPS Collection System retrieves the customer's account information and places it on the collector's desktop computer screen. As the collector speaks with the customer, he or she has access to the customer's account information, and can update that information directly on to the CPS Customer Information File on the CPS network. In other words, the information being updated by the collector is being placed not on the dialer or even the Dialer File. The telephone network that was used to make the calls provides results of the calls to the Castel dialer and the CPS server prepares reports on the results of the dialing campaign.

## VI. HOW THE CASTEL DIALER DIFFERS FROM "PREDICTIVE DIALERS" AND "RANDOM OR SEQUENTIAL DIALERS"

15. The Castel dialer differs significantly from other dialers used by companies to dial lists of people. These other dialers connect to a company's computer network through a computer cable and, before a dialing campaign, download names, telephone numbers, addresses, and other account data from the network. The dialers store that data and, when the dialing campaign begins, call the telephone numbers of those customers. If a call is answered, the dialer can route the call to a company employee. The dialers also maintain data on the results of the call – whether it connected or not – and produce reports on the success of the campaign. The

5

employees fielding the calls have access to the data on the dialer and can access that data. This is helpful because employees can update account information while calls are in progress. At night, after the dialing campaign has ended, the dialers upload the updated account information back on to the company's network. The systems on the company's network then replace the old data with the new data provided by the dialers so the company's employees have accurate information the next day.[2] These dialers also house software applications that allow the calls to be made on a predictive basis and to also detect whether the call is answered by a person or by an answering machine. These programs are also loaded on to the dialers.

16. The Castel dialer, however, is significantly and materially different from these dialers. The Castel dialer lacks the capacity to store or produce telephone numbers and it cannot download lists of names, contact information, and other account data from a computer server. It cannot store predictive dialing or other "smart" dialing software. It cannot dial numbers automatically. And it cannot generate records of telephone calls. The Castel dialer is a far simpler machine. It must be told when to begin dialing. It reads telephone numbers rather than stores them and does not dial telephone numbers like other dialers. And although predictive dialing and answering machine detection can be used with the Castel dialer, the necessary software for predictive dialing is on the CPS server and the software for answering machine detection is on the switch used to make the calls. The telephone network that was used to make the calls provides results of the calls to the Castel dialer and the CPS server prepares reports on the results of the dialing campaign.

---

[2] This is a relatively cumbersome process, however, and results in there being a period of time when the computer system has outdated information for the period during and after the dialing campaign but before the dialer uploads the updated information back on to the company's computer system.

6

17. The Castel dialer also lacks the capacity to (a) produce random or sequential telephone numbers, (b) store random or sequential numbers, and (c) dial telephone numbers randomly or sequentially.

Sworn to under penalty of perjury this 26 day of January, 2011.

_____
John Gallagher