IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSLYN GRIFFITH and JERRET CAIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CONSUMER PORTFOLIO SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:10-cv-02697 <br><br> JUDGE: JOHN F. GRADY |

### **REPLY DECLARATION OF JOHN GALLAGHER**

1. I am Vice President for Sales at Castel, Inc. I am over 18, competent to give testimony, and base this declaration on personal knowledge.

2. I understand that the plaintiffs have said that the dialer sold to Consumer Portfolio Services, Inc. ("CPS") by Castel ("Castel dialer") can engage in "agentless campaigns," meaning that, in addition to dialing a number, the Castel dialer can automatically deliver a voicemail message if the call is answered. This is incorrect. In order for the Castel dialer to engage in agentless campaigns, Castel must install certain software applications on the CPS computer system. Otherwise, agentless campaigns using the Castel dialer are impossible. Castel never installed this software to the CPS system. Thus, agentless campaigns are impossible for CPS.

3. I have also read the declaration of Randall Snyder dated May 31, 2011. At paragraph 14, Mr. Snyder says:

> The Castel Dialer obtains each telephone number to be called from the Logical View File in the CPS Computer System and stores those numbers. ... The Castel Dialer is required to store each telephone number to be dialed, at least for a temporary period of time in memory, and at least in order to properly format the digits for the Integrated Services Digital Network ("ISDN") protocol format to dial the numbers for the PBX.

1

4. Mr. Snyder's statements are incorrect. The Castel dialer does not store telephone numbers. A telephone number is in Castel dialer memory only while being dialed, a fraction of a second, and is not stored in permanent memory.

5. In addition, manipulation of telephone numbers – adding a prefix of "9" and a "1" if the call is long distance – is performed by the Castel software on the CPS computer system. The Castel dialer does not format digits.

6. Finally, the Castel dialer does not "dial the numbers for the PBX." The Castel dialer does not use the PBX to access the ISDN network but rather connects directly to the ISDN network.

Sworn to under penalty of perjury this 15 day of June, 2011.

_____
John Gallagher

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing **REPLY DECLARATION OF JOHN GALLAGHER** was filed and served on all counsel of record via the Court's ECF System on this 24th day of June 2011.

                                        ___/s Gregory D. Hopp_____